# Court of Appeals of the State of Georgia

ATLANTA, __November 18, 2025__

*The Court of Appeals hereby passes the following order:*

**A26D0176. JAMES L. WRIGHT v. THE STATE.**

In 2018, James Lamar Wright pled guilty to armed robbery and other offenses in three related cases. He later filed a motion seeking to vacate his convictions and sentence. The trial court denied the motion on September 2, 2025, and Wright filed this discretionary application on October 29, 2025. We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35(d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35(d). *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). As Wright filed this application 57 days after the trial court's order, the application is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__11/18/2025_____*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*